IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN MARGARITA ZELAYA ALBERTO and S.E.A.Z., Petitioners, | : : : : | CIVIL ACTION |
| v. | : : | |
| U.S. DEPARTMENT of HOMELAND SECURITY (DHS) et. al., Respondent. | : : : | No. 15-6404 |

## ORDER

AND NOW, this **3rd** day of **December**, **2015**, upon consideration of the Emergency Motion for a Stay of Removal, it is hereby **ORDERED** that:

1. The Department of Homeland Security shall not remove the Petitioners until further order of the Court;

2. A hearing to show cause why the stay of removal should not be granted is scheduled for Tuesday, December 8, 2015, at 9:30 a.m., in Courtroom 9A.

BY THE COURT:

_/s/ Berle M. Schiller_

**Berle M. Schiller, J.**