**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROSA ELIDA CASTRO, et al.,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6153 |
| | : | **(Lead Case)** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,** | : | |
| | : | |
| **PATRICIA O. GONZALEZ DE QUINTEROS,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6279 |
| | : | |
| **JEH C. JOHNSON, et al.,** | : | |
| **JACQUELINE XIOMARA CERON-LARIOS, et al.,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6370 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,** | : | |
| **LAURA LISSETH FLORE-PICHINTE, et al.,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6403 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : | |
| **KAREN MARGARITA ZELAY ALBERTO, et al.,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6404 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : | |
| **KELLY GUTIERREZ RUBIO, et al.,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6406 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : | |

| | | |
|---|---|---|
| **GLADIS CARRASCO GOMEZ, et al.,** | : | |
| | : | |
| v. | : | **Civ. No. 15-cv-6410** |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **WENDY AMPARO OSORIO MARTINEZ, et al.,** | : : | |
| | : | |
| v. | : | **Civ. No. 15-cv-6411** |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **CARMEN LEIVA-MENJIVAR, et al.,** | : | |
| | : | |
| v. | : | **Civ. No. 15-cv-6428** |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **DINA ISABEL HUEZO-DE CHICAS, et al.,** | : | |
| | : | |
| v. | : | **Civ. No. 15-cv-6429** |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **CINDY GISELA LOPEZ-FUNEZ, et al.,** | : | |
| | : | |
| v. | : | **Civ. No. 15-cv-6430** |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **LESLY GRISCELDA CRUZ MATAMOROS et al.,** | : : | |
| | : | |
| v. | : | **Civ. No. 15-cv-6431** |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **JEYDI ERAZO ANDURAY, et al.,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6451 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **DINOR LEMUS, et al.,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6472 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **DINORA BOLANOS CALLES, et al.,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6473 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **JANNYS MENDEZ DEBONILLA, et al.,** | : | |
| | : | |
| v. | : | Civ. No. 15-cv-6474 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

| | | |
|---|---|---|
| **MARTA ALICIA DEL CARMEN RODRIGUEZ ROMERO, et al.,** | : : | |
| | : | |
| v. | : | Civ. No. 15-cv-6475 |
| | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al,** | : : | |

## **O R D E R**

**AND NOW**, this 8th day of December, 2015, it is hereby **ORDERED** that the above-captioned cases shall be marked as related to and consolidated with Civ. No. 15-6153 for the sole purpose of determining whether this Court has subject matter jurisdiction to consider the merits of the respective Petitions and Emergency Motions for Stay of Removal. Each case, except the lead

case (Civ. No. 15-6153), shall be placed in suspense and marked as closed for statistical purposes.

All subsequent filings should be filed on the docket for Civ. No. 15-6153.

**AND IT IS SO ORDERED.**

 */s/ Paul S. Diamond*
_____
Paul S. Diamond, J.